UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2561 JC | Date | May 23, 2014 |
|---|---|---|---|
| Title | Deckers Outdoor Corp. v. Sears Holding Corporation, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none | none |

**Proceedings:**   (In Chambers)

ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION

The action herein was filed on April 4, 2014.  On April 28, 2014, plaintiff filed proofs of service regarding service of the complaint and summons on defendants Sears Holdings Corporation ("Sears Holdings") and Sears Roebuck and Co. ("Sears Roebuck") on April 23, 2014.  The deadline for Sears Holdings and Sears Roebuck to file a responsive pleading (May 15, 2014) has expired.  See Fed. R. Civ. P. 4(h)(1), 12(a)(1); Cal. Code Civ. Proc. §§ 415.10, 416.10.  Since that date, based upon a review of the docket, the Court is unaware of any action having been undertaken in this matter relative to such defendants.  No responsive pleading has been filed by such defendants.  Nor have such defendants requested an extension of time to file a responsive pleading.  No request for the entry of default has been filed.

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than **June 2, 2014**, why this action should not be dismissed as against Sears Holdings and Sears Roebuck for lack of prosecution.

It is plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently.  All stipulations affecting the progress of the case must be approved by the Court, except as otherwise provided in the Local Rules.  L.R. 7-1, 8-3.

IT IS SO ORDERED.

Initials of Preparer   hr